# EXHIBIT A

**Timeline of FOIA Request 2024-00364-F and Related Events**

*(Focused on processing delays for records pertaining to FRNO 2023-13646 and 2022-13902 regarding Col. Thomey. Underlying issue involves retirement withdrawal denial since 2016, but evidence here covers March 2023–August 2025.)*

**BACKGROUND**

As of 2023, after approximately two years of retraining, searching for a position outside of REDHORSE as to enable the next Chief to move into the position , it was my intention, to continue serving my country/state and fulfill my contract until 2025 in whatever position best supports the Airforce and its Airmen.The 111th leadership's lack of transparency , The IG's lack of investigator rigor has deeply motivated me to demonstrate that our Air Force values and guiding principle of "mission first, people always," along with Integrity first, Service before self, and Excellence in all we do, are not just words and is what drives my decision to pursue this course of action.

- **March/April 2023**: Col. Thomey requested facilitators for 111th Covey seminars at Chiefs Council meeting. Member submitted retirement withdrawal to ARPC after approvals from relevant POCs (MSgt Kohler, Lt Col Kash). No issues noted.
  - *Supporting Details*: Text exchanges  (see Appendix A: MSgt Kolher Txt/Email.
- **9 June 2023**: AFPC/MyFSS email confirmed acceptance of retirement package withdrawal (not in system).
  - *Supporting Details*: AFPC/MyFSS Confirmation Email (see Appendix B).
- **20 July 2023**: Retirement order located by AFPC; memo requested through COC.
  - *Supporting Details*: CMSgt Paul  Acknowledgment Email-Thursday, July 20, 2023 1:27 PM (see Appendix B).
- **31 July/12 September 2023**: Acknowledgement verbally to member of refusal to sign retirement withdrawal memo. No reasons provided, contrary to AF 1-1/ DAFI36-3203, para. 3.11.2.
  - *Supporting Details*: 111 IG Email   (see Appendix B/C).
- **27 September 2023**: IG Case Resolution FRNO 2023-13646: Dismissed without inquiry, witnesses, or mention of Col. Thomey (G-Series Commander).
  - *Supporting Details*: FRNO 2023-13646 Resolution Document (see Appendix D).
- **11October 2023**: PAHQ IG Appeal submitted, citing DAFI36-3203 3.11.2 and false statements by leadership. Referenced open MyFSS Case #01966877.
  - *Supporting Details*: PAHQ IG Appeal Email with Attachments (see Appendix E: FRNO 2023-13646 Appeal w/ Attachments).
- **18 October 2023**: PAHQ IG Appeal Response: No procedural issues; no new information warranting further investigation.
  - *Supporting Details*: PAHQ IG FRNO 2023-13646 Appeal Email (see Appendix F).
- **21/23 October 2023**: Member emails to PA IG questioning AFI 1-1 standards (appearance of violation).
  - *Supporting Details*: Member to PA IG Emails (see Appendix F).

- **23 October 2023**: PA IG response email requesting phone call; subsequent 15-min call explained Col. Thomey could not be investigated locally (cleared by higher AF IG, assumed NGB or AD AF). Member requested NGB contact info.
  - ◦ *Supporting Details*: ( Notes from 15-Min Phone Call see Appendix F, G).
- **25 October 2023**: FOIA Request submitted to NGB (Case 2024-00364-F) for all records/ investigations on FRNO 2023-13646 and 2022-13902 regarding Col. Thomey. Acknowledged on 2 November 2023.
  - ◦ *Supporting Details*: NGB FOIA Acknowledgment Letter (see Appendix H).
- **30 November 2023**: IG Appeal submitted to NGB via DA 1559 form on NGB IG website. No response received.
- **28 February 2024**: NGB IG appeal stated "A review of the current complaint found no new or compelling information was provided"
  - ◦ *Supporting Details*: Member to NGB IG Emails restating compelling information (see Appendix I).
- **March 2024**: Contacted PA state/federal legislators (Senator Casey's office led via Callie Anderson) for assistance with IG/FOIA requests.
- **29 May 2024**: Meeting with 111th Commander Col. Lee (arranged via Senator Casey's office). Stated "miscommunication among 111th leadership" as reason for premature retirement termination. No records provided.
- **17 July 2024**: NGB FOIA Status Update: Case at position #528 in complex queue; estimated completion October 31, 2024.
  - ◦ *Supporting Details*: NGB FOIA Status Email from Tonia Chukwura (see Appendix J).
- **10 November 2024**: NGB FOIA Status Update: Still in complex queue; no substantive response.
  - ◦ *Supporting Details*: NGB FOIA Status Email from Tonia Chukwura (see Appendix J).
- **2 February 2025**: Reached out to Senators McCormick/Fetterman for assistance. Follow-up from Bryce Turk (Fetterman's office): No updates received.
  - ◦ *Supporting Details*: Email from Bryce Turk (see Appendix K).
- **16 June 2025**: PA Governor's Office response: Issue outside jurisdiction; redirect to U.S. Senators. Recent email noted steps already taken; no reply.
  - ◦ *Supporting Details*: PA Governor's Summarized Response Email (see Appendix L).
- **16 July 2025**: Submitted administrative appeal to DoD OIG
- **11 August 2025**: DoD OIG Response: Cannot process appeal; not their case. Recommended contacting original agency.
  - ◦ *Supporting Details*: DoD OIG Response Letter( Appendix M).

# Appendix A

From: Chris Coyne chriscoyne27@gmail.com
Date: Apr 1, 2023 at 9:17:34 AM
To: Ccq Coyne christopher.coyne.1@us.af.mil

Morning MSgt Kohler
Hope you and your family, Stacie,the boys are all good . I saw and heard the commander talk about this FranklinCovey. Mentoring/coaching idea with you being the Lead/POC. Having read the 7th and 8th habits in the past, I was very interested about being a possible facilitator? However, before I gave my name to Lt Col Kash. I wanted to run it by you to see if you feel I would be a good fit. I don't want to knock someone out who you feel might be better fitted in the long term, etc. etc.. if the budgets tight, I'd even be willing to do the classes for free on my end .
I would have to pull my retirement, but this seems like something I could get behind and bring a lot of energy too. Either way, you wouldn't hurt my feelings. If you think I'm a bad idea. Have a great drill. Have fun and say hi to everybody for me. V/R CC

Sent from my iPhone



**Kohler H** >

you a shout out!!

Feb 17, 2021 at 10:27 AM

Hey Senior!! I am on the recovery path for sure. It's slow but I push a little more each day. Started in home physical therapy this week. Thanks for reaching out it truly means a lot hearing from everyone. It keeps me motivated!!! Haha!!

May 9, 2021 at 8:08 AM

Rumor has it it's your birthday hope you have a great one and u enjoy Mother's Day!!! Hope recovery is going smoothly and all is good in your world!!

Read

May 9, 2021 at 9:35 AM

Thank you!!

Sun, Apr 2 at 6:50 AM

Yo Sarge, you got time for me around 730?

Morning Chief I sure do!

See you then, and thank you–IG office correct?

Yes 203 second floor

Copy

Delivered

iMessage

           

# Appendix B

From:   myFSS - Total Force Service Center <myfss@us.af.mil>
**Sent:  Friday, June 9, 2023 9:51 AM**
To:       COYNE, CHRISTOPHER J CMSgt USAF ANG 201 RHS DET 1/CCQ
Subject:        Retirement Date Question

CMS CHRISTOPHER COYNE,

Your application status already appears to be withdrawn in vPC. V/r,
HQ ARPC



**From: PAUL, LAUREN M CMSgt ANG 111 FSS/CC**
**<lauren.paul.3@us.af.mil>**
**Sent: Thursday, July 20, 2023 1:27 PM**
**To: WOODS, SCOTT P CMSgt ANG 111 ATKW/CCC**
**<scott.woods.2@us.af.mil>; HEIDRICK, JOHN R CMSgt USAF ANG 201**
**RHS DET 1/LGRV <john.heidrick.1@us.af.mil>; HEIDRICK, DANIELLE K**
**MSgt USAF ANG 201 RHS DET 1/CSS <danielle.heidrick@us.af.mil>**
**Cc: PONCE, AILEEN SMSgt ANG 111 FSS/FSMPS**
**<aileen.ponce.1@us.af.mil>**
**Subject: CMSgt Coyne**
**Importance: High**

Good Afternoon,

        I just spoke with ARPC and CMSgt Coyne's 31 Jul retirement order is still current.  Unfortunately ARPC recognizes that Coyne was given incorrect information when he called.  If he is still requesting to withdraw, he must submit a signed memo through his chain of command up to Col Thomey.    The memo will be an In Turn explaining his reasoning for the withdraw request.  Once that is signed it can be emailed to me and I will forward to ARPC to expedite.

Please let me know if there are any questions.
Thank you,
LauFrom: COYNE, CHRISTOPHER J CMSgt USAF ANG 201 RHS DET 1/CCQ

---

**Chief Woods** ⌄    📶 56% 🔋

a bit and I'll get back to you and Chief Paul of course soon–again didn't mean to cause you any headaches and have a great Friday. Talk at you soon

Fri, Jul 21 at 10:46 AM

C all, standing by

Sat, Jul 22 at 9:29 AM

Morning Chief I apologize I meant to ask you this yesterday and not hit you up on the weekend, but do you have a new lead on who the CE commander will be? or who is now acting?

Good morning Chris! Brumfield should be acting right now as the next in line (I believe), but the position hasn't been advertised yet

Copy, brother much appreciative and hope you have a great weekend. Enjoy this great weather.!!!!

**Sent: Monday, July 24, 2023 12:50 PM**
**To: PAUL, LAUREN M CMSgt ANG 111 FSS/CC**
**<lauren.paul.3@us.af.mil>; WOODS, SCOTT P CMSgt ANG 111**
**ATKW/CCC <scott.woods.2@us.af.mil>**
**Cc: HEIDRICK, JOHN R CMSgt USAF ANG 201 RHS DET 1/LGRV**
**<john.heidrick.1@us.af.mil>**
**Subject: RE: CMSgt Coyne**

Hola Chief's
Hope you all had a good weekend. After some thought, being there are no job openings for a curmudgeons' E-9 around, we are not moving forward with the Steven Covey trainings,  Wing Leadership is not feeling me dropping to an E-5 and going to CE, -it looks like retirement is in the cards, my one request is it possible to get a few months extension for me to get out of a TSP loan I applied, close out a Math training for my CCAF and tie up loose ends with soon to be Chief McCue???? If not just let me know and I start the out-processing process. Thanks -have a great one!!!! V/R CC

**From: COYNE, CHRISTOPHER J CMSgt USAF ANG 201 RHS DET 1/CCQ**
**[christopher.coyne.1@us.af.mil]**
**Sent: Tuesday, Jul 25, 2023 4:29 PM**
**To: PAUL, LAUREN M CMSgt ANG 111 FSS/CC; WOODS, SCOTT P CMSgt ANG**
**111 ATKW/CCC**
**Cc: HEIDRICK, JOHN R CMSgt USAF ANG 201 RHS DET 1/LGRV**
**Subject: RE: CMSgt Coyne**
Chiefs
My future mother in law took a serious fall today. I am flying out early tomorrow morning to Colorado to evaluate and tend to her medical care until we can arrange for competent medical care. I will bring my quick Thursby CAC to use with my phone in case you need digital signatures. Hope you had a smoother Tues. then my mother in law. Hv Fun-  CC

**From: WOODS, SCOTT P CMSgt ANG 111 ATKW/CCC [scott.woods.2@us.af.mil]**
**Sent: Thursday, Jul 27, 2023 9:24 AM**
**To: COYNE, CHRISTOPHER J CMSgt USAF ANG 201 RHS DET 1/CCQ**
**Cc: PAUL, LAUREN M CMSgt ANG 111 FSS/CC; HEIDRICK, JOHN R CMSgt USAF ANG**
**201 RHS DET**
**1/LGRV**
**Subject: RE: CMSgt Coyne**
**Good morning, Chief!**

Sorry to hear about your MIL, hope she's doing ok and recovering well.

Unfortunately, my understanding is the only way to request any type of extension on your retirement date is to request to rescind your current approved retirement orders, and once approved, go in and request a new retirement date.

As far as your other factors, you can contact TSP directly to discuss your loan request with them. Your account doesn't close just because you're retired. And I'm not sure

where you are in fulfilling your CCAF requirements, but depending on when the course would be completed, the transcripts transferred to CCAF, and a degree evaluation complete, it's possible you'd miss the upcoming degree conferral date. All supporting information and request to graduate information needs to be submitted by the end of August, otherwise you'd be pushed to February.

Not trying to dissuade you, but providing thoughts to be considered in your decision making.

Chief W

**From: COYNE, CHRISTOPHER J CMSgt USAF ANG 201 RHS DET 1/CCQ**
**<christopher.coyne.1@us.af.mil>**
**Sent: Friday, July 28, 2023 7:25 AM**
**To: PAUL, LAUREN M CMSgt ANG 111 FSS/CC <lauren.paul.3@us.af.mil>; WOODS,**
**SCOTT P CMSgt ANG 111 ATKW/CCC <scott.woods.2@us.af.mil>**
**Cc: HEIDRICK, JOHN R CMSgt USAF ANG 201 RHS DET 1/LGRV**
**<john.heidrick.1@us.af.mil>**
**Subject: RE: CMSgt Coyne**

Chief morning,
I was unable to get into my FSS from my phone, but while attempting I remembered that was the problem, my FSS has no record of any retirement date and I could not do anything because there was nothing in my FSS under retirement. In addition, I have phone calls and an email stating I do not even have a retirement order in the system that's how we got to this point. I just saw chief. Paul is out of office ….. i'm limited on this end what I can do at this time. I'm leaving for the hospital now and probably won't be able to get online till later on tonight. I'll try to fly back on Sunday if I can get some resolution here in Boulder have a great one. Thanks again for your help.

**From: PAUL, LAUREN M CMSgt ANG 111 FSS/CC [lauren.paul.3@us.af.mil]**
**Sent: Friday, Jul 28, 2023 5:45 AM**
**To: COYNE, CHRISTOPHER J CMSgt USAF ANG 201 RHS DET 1/CCQ; WOODS, SCOTT P**
**CMSgt ANG**
**111 ATKW/CCC**
**Cc: HEIDRICK, JOHN R CMSgt USAF ANG 201 RHS DET 1/LGRV**
**Subject: RE: CMSgt Coyne**
**Good Morning,**

I apologize I was out and catching up on emails.  I'm sorry to hear about your mother-in-law and hope she is getting better!  The memo referenced in the first email would still be required to change your date.  That memo must be routed through the chain to Col Thomey and then submitted to ARPC for final approval.  This would need to be submitted by today since 31 Jul is your retirement date and ARPC does not work the weekend.  I copied my email below for reference.  I understand it states withdraw because that was the initial request however changing the date would be the same process.

I just spoke with ARPC and CMSgt Coyne's 31 Jul retirement order is still current.  Unfortunately ARPC recognizes that Coyne was given incorrect information when he called.  If he is still requesting to withdraw, he must submit a signed memo

through his chain of command up to Col Thomey.    The memo will be an In Turn explaining his reasoning for the withdraw request.  Once that is signed it can be emailed to me and I will forward to ARPC to expedite.

Please let me know if there are any other questions.  Feel free to call me too.

Thank you,
Lauren

**Friday 28 July 2023 8:04 Txt From Coyne to Paul**
Yo L Thanks for the email. Sorry you had to jump in during your off time. Can I give you a call in like an
hour maybe hour and a half so I can get out of the hospital where I can get better reception? Or anytime that works for you??


**From:  COYNE, CHRISTOPHER J CMSgt USAF ANG 201 RHS DET 1/CCQ**
**Sent:  Saturday, July 29, 2023 5:06 AM**
**To:      PAUL, LAUREN M CMSgt ANG 111 FSS/CC; WOODS, SCOTT P CMSgt ANG 111 ATKW/CCC**
**Cc:      HEIDRICK, JOHN R CMSgt USAF ANG 201 RHS DET 1/LGRV**
**Subject:        RE: CMSgt Coyne**

Yeah Chief
Thanks for the well wishes, being, I didn't have the resources here, nor the time that memo did not get
created or go out yesterday. Do you have any idea what my next steps might look like? What would your
recommendations be from here ? Thanks.


**Sat 29 July 2023 8:01 AM Txt From Paul to Coyne**
Good morning, sorry for the late response. I took my step daughter to the movies last night & didn't
want to respond so late when we got out.
I can talk today if you have time.
I hope your mother in law is getting better!

**Sat 29 July 2023 8:12 AM Txt From Coyne to Paul**
Morning-I hope you had a nice time-I have to do some morning care with the mother-in-law would it be
OK if I call you in a couple hours? thanks

**Sat 29 July 2023 8:23 AM Txt From Paul to Coyne**
Yes that works. If I don't answer right away I can call you right back.

**Sat 29 July 2023 10:42 AM Coyne to Paul** - A 13. Minute Phone call occurred with Chief Paul providing a way forward stating the U
turn memo has to get in and a call from Wing Leadership needs to happen to expedite

**Sat 29 July 2023 9:55 PM Txt from Coyne to Paul**
Thanks for the way forward today and taking my phone call. we found an agency who can start

tomorrow, so I'll be flying out tomorrow afternoon. I will push the memo hopefully tomorrow night
when I get to base and I will notify commander, Chief Woods to get them to make the phone calls.
Thanks again hope the day and the party went well after the triple espresso start.!!!

**From:  COYNE, CHRISTOPHER J CMSgt USAF ANG 201 RHS DET 1/CCQ**
**Sent:   Sunday, July 30, 2023 11:17 PM**
**To:      WOODS, SCOTT P CMSgt ANG 111 ATKW/CCC**
**Cc:      HEIDRICK, JOHN R CMSgt USAF ANG 201 RHS DET 1/LGRV; PAUL, LAUREN M CMSgt ANG 111**
**FSS/CC**
**Subject:        RE: CMSgt Coyne**

Morning
Thanks again for the well wishes, we were able to get an agency to come in ,so I flew home last night
and got that U Turn Retirement Withdraw Memo in MYFSS under the old case  #01966877. I informed
Commander Kash to be on the look out for it . Thanks for the help and hope you had good weekends!!!
CC



**Monday 31 July2023 8:13 PM 11 minute Phone Call Woods to Coyne**

Made phone call to the Wing Command Chief after recieving text,on the evening of 31 July where he notified me for
the first time he would not concur, or at least "non concur"would be his recommendation to the Wing Commander
about my upcoming memo needing to be signed.Being this was the first time, Chief Woods had reached out to me
at all since becoming command chief, concerning unsatisfactory attendance at Chief meetings,
 or any kind of expectations , positive or negative, I held my tongue, knowing phone conversations was not
the place to have this type of conversation, and I needed to get the corrected memo signed and into myFSS

**3 Aug at7:19 AM to RH SEL Chief Heidrick**



**9 Aug Txt to Chief Woods -No Response**



From:  SCHLITTLER, HOLLY E SMSgt USAF ANG 111 ATKW/IG
        holly.schlittler.1@us.af.mil
Subject:  RE: [Non-DoD Source] Fwd:
Date:  Sep 12, 2023 at 3:40:19 PM
To:  Chris Coyne chriscoyne27@gmail.com

Good Afternoon Chief-

I just wanted to touch base and see if there was any follow up with your conversation with
Maj Richwine? Are you officially retired??

Thank you!
Senior Schlittler

**From:** Chris Coyne <chriscoyne27@gmail.com>
**Sent:** Wednesday, September 6, 2023 3:54 PM
**To:** SCHLITTLER, HOLLY E SMSgt USAF ANG 111 ATKW/IG <holly.schlittler.1@us.af.mil>
**Subject:** Re: [Non-DoD Source] Fwd:

Please continue just giving you an FYI and have a great night

Sent from my iPhone


On Sep 6, 2023, at 2:52 PM, SCHLITTLER, HOLLY E SMSgt USAF ANG 111 ATKW/IG
<holly.schlittler.1@us.af.mil> wrote:


Copy Sir. Just keep me in the loop with the results. If all works out, there is a process to
withdraw your complaint if you would like to if you are satisfied with the outcome with
ARPC. Until then I will continue my analysis and notify you of my results.

Have a great evening,
Senior Schlittler

**From:** Chris Coyne <chriscoyne27@gmail.com>
**Sent:** Wednesday, September 6, 2023 2:33 PM
**To:** SCHLITTLER, HOLLY E SMSgt USAF ANG 111 ATKW/IG <holly.schlittler.1@us.af.mil>
**Subject:** Re: [Non-DoD Source] Fwd:

Hey, Senior
Just an FYI-Just got off the phone with Major Richwine -he informed me redhorse up at the
gap got a phone call from ARPC asking what they wanted to do with my retirement. I
informed the major that if they are asking, I wish to pull my retirement, with the phone call,
he informed me that the 111th MSG leader ship does not want to pursue this at this time
and to let it drop and this information will be was passed up to the redhorse at the gap to be
passed on to ARPC.

Senior in case you are unaware, according to Big Air Force, 201st Det here at Biddle fall under the 201st  gap and because of a special order in Pennsylvania 201st Det reports to the 111th but that is not recognized by big Air Force on paper that's why the gap was called concerning my retirement. thanks again for today and have a great night.

Sent from my iPhone

On Sep 6, 2023, at 1:17 PM, SCHLITTLER, HOLLY E SMSgt USAF ANG 111 ATKW/IG <holly.schlittler.1@us.af.mil> wrote:

Copy thank you!

**From:** Chris Coyne <chriscoyne27@gmail.com>
**Sent:** Wednesday, September 6, 2023 1:16 PM
**To:** SCHLITTLER, HOLLY E SMSgt USAF ANG 111 ATKW/IG <holly.schlittler.1@us.af.mil>
**Subject:** Re: [Non-DoD Source] Fwd:

I have no message from Colonel T to Lt Colonel K. It was a verbal message

Sent from my iPhone

On Sep 6, 2023, at 1:03 PM, SCHLITTLER, HOLLY E SMSgt USAF ANG 111 ATKW/IG <holly.schlittler.1@us.af.mil> wrote:

No worries Sir. One more clarification, do you have the message from Col Thomey to Lt Col Kash or was that a verbal discussion with Lt Col Kash?

**From:** Chris Coyne <chriscoyne27@gmail.com>
**Sent:** Wednesday, September 6, 2023 1:00 PM
**To:** SCHLITTLER, HOLLY E SMSgt USAF ANG 111 ATKW/IG <holly.schlittler.1@us.af.mil>
**Subject:** Re: [Non-DoD Source] Fwd:

I apologize I misunderstood the first time V/R

Sent from my iPhone

On Sep 6, 2023, at 12:06 PM, SCHLITTLER, HOLLY E SMSgt USAF ANG 111 ATKW/IG <holly.schlittler.1@us.af.mil> wrote:

Copy Sir- do you have the screen shots of these like you had with Chief Woods?

Thank you!
Senior Schlittler

**From:** Chris Coyne <chriscoyne27@gmail.com>
**Sent:** Wednesday, September 6, 2023 11:13 AM
**To:** SCHLITTLER, HOLLY E SMSgt USAF ANG 111 ATKW/IG <holly.schlittler.1@us.af.mil>
**Subject:** [Non-DoD Source] Fwd:

I believe these are the text messages to and from Chief P

---------- Forwarded message ---------
From: **Chris Coyne** <chriscoyne27@gmail.com>
Date: Tue, Aug 1, 2023 at 9:52 PM
Subject:
To: Coyne, Ccq <christopher.coyne.1@us.af.mil>

Friday 28 July 2023 8:04 Txt From Coyne to Paul
Yo L Thanks for the email. Sorry you had to jump in during your off time. Can I give you a call in like an hour maybe hour and a half so I can get out of the hospital where I can get better reception?
Or anytime that works for you??

Sat 29 July 2023 Txt From Paul to Coyne
Good morning, sorry for the late response. I took my step daughter to the movies last night & didn't want to respond so late when we got out.
I can talk today if you have time.

I hope your mother in law is getting better!

Sat 29 July 2023 Txt From Coyne to Paul
Morning-I hope you had a nice time-I have to do some morning care with the mother-in-law would it be OK if I call you in a couple hours? thanks

Sat 29 July 2023 8:23 AM Txt From Paul to Coyne
Yes that works. If I don't answer right away I can call you right back.

Coyne to Paul - A 13. Minute Phone call occurred with Chief Paul providing a way forward stating the U turn memo has to get in and a call from Wing Leadership needs to happen to expedite


Sat 29 July 2023 9:55 PM Txt from Coyne to Paul
Thanks for the way forward today and taking my phone call. we found an agency who can start tomorrow, so I'll be flying out tomorrow afternoon. I will push the memo hopefully tomorrow night when I get to base and I will notify commander, Chief Woods to get them to make the phone calls. Thanks again hope the day and the party went well after the triple espresso start.!!!

# Appendix D



## DEPARTMENT OF THE AIR FORCE
### HEADQUARTERS 111TH ATTACK WING
### Biddle air national guard base PENNSYLVANIA

27 September 2023

MEMORANDUM FOR  CMSgt Christopher Coyne

FROM:  111 ATKW/IG

SUBJECT:  Case Resolution: FRNO: 2023-13646

1.  After a review of your complaint and a detailed complaint analysis the following resolution path has been recommended:

a. **ISSUE:** It is alleged by CMSgt Coyne that CMSgt Woods did not provide sufficient feedback regarding the non-concurrence of his retirement withdraw application. The complainant also alleges that (Ret) Col Christine Munch did not conduct an adequate investigation regarding a complaint he filed, FRNO 2022-13902 and is asking to ensure RHS airmen receive their state active-duty awards that he feels were earned.

RECOMMENDED RESOLUTION PATH:  **Dismissal**

The Wing Inspector General Superintendent recommends dismissal on the following grounds:

The Wing Level IG is dismissing the complaint based on AFI 90-301 Table 3.13 Rule 1 which states:  If the complaint analysis reveals the complainant has not brought forth credible evidence of a violation of law, instruction, regulation, or policy then dismiss the complaint.

There was no violation of law, instruction, or regulation, policy found.

2.  Per AFI 90-301 Paragraph 2.4.2.4 you have 90 days from receiving the IG response to request a review by the next higher level IG office.  This would be the PA JFHQ IG Office at 717-861-8490.

3.  For any further inquiries, you may contact my office at 215-323-7157 or DSN 358-7157.

SCHLITTLER.HOLLY.
ELIZABETH.1277463
934

Digitally signed by
SCHLITTLER.HOLLY.ELIZABETH.1
277463934
Date: 2023.09.27 12:18:48 -04'00'

HOLLY E. SCHLITTLER, SMSgt, PAANG
Inspector General Superintendent

Controlled by: Department of the Air Force
Controlled by: SAF/IG
CUI Category: CUI//PRIIG
Distribution/Dissemination Control: FEDCON

This is a protected document.  It will not be released (in whole or in part), reproduced, or given additional dissemination (in whole or in part) outside Inspector General channels without prior approval of the Inspector General (SAF/IG) or designee
CUI

From: Chris Coyne chriscoyne27@gmail.com
Subject: Case Resolution FRNO 2023-13646 Appeal
Date: Oct 11, 2023 at 9:21:47 AM
To: scott.harron@us.af.mil
Cc: lynn.lee@us.af.mil

Sir

Unfortunately, I was unable to keep this complaint at the lowest possible level. (See attached 111th IG Office communication) I am requesting an appeal to the case resolution FRNO  2023-13646. As the State IG office may be aware,  in the 111th  detailed complaint analysis and communication with me ,they  stated  "we found that the wing leadership team did not violate any law, regulation, or policy." (See */**/*** below)They also stated insufficient " feedback" as the reason for the 2 Aug complaint. They went on to mention, I "alleged that (Ret) Col Christine Munch did not conduct an adequate investigation regarding a complaint he filed, FRNO 2022-13902. "As I emailed to the 111th IG office ,this is not something I alleged but it was stated directly from (Ret) Col Christine Munch Case Resolution email for FRNO 2022-13902.Unfortunately, I do not have the time to file for a freedom of information request for the email, so as I emailed to the 111th office, I will not pursue that portion of my  4 August AF102 complaint, but did encourage the IG office to inquire, with the listed witnesses about stated complaint.

However, I stand by the original, issue  stated on the 2 Aug  AF 102 . Unknown to me until  the evening of 31 July/2 Aug. Chief Woods and Col Thomey would not support the signing of the ARPC requested memo, although signed and supported by my RH/MSG Commanders.For actions I can only surmise as arbitrary and capricious with retaliatory/reprisal intent for the prior FRNO 2022-13902. */** As to why two members of 111th leadership who I have never served under or with for even a day in any capacity would chose such a path?

However, the new findings include Maj Richwine received a phone call the week of Aug RSD via 201st HQ about my retirement status , the RH Commander confirmed I had wish to finish my career but again was denied  by someone in the 111th COC. I request  a more extensive detailed analysis/investigation into why Col T refused to sign and both gentlemen (Col T and Chief W)made repeated statements  paraphrasing -"Coyne is official retired and whether I sign the paperwork or not , it won't un retire him" which based on the phone call and

an open MYFSS case #01966877 indicates these statements are FALSE.(See Attached)

In addition I am requesting an appeal b/c it was Col Thomey himself requesting for more seasoned,experienced facilitators for the 111th Stephen Covey seminars during Chiefs council during an RSD. It was his belief in the Covey way that  motivated me to withdraw my retirement in MyPers.It was not until I confirmed with the POC MSgt Kohler/Lt Col Kash and got the thumbs up that I actually submitted the request thru MyPers.(See attached MSgt Kohler communication)

In addition Chief Woods was asked numerous times to engage on this ARPC lost retirement withdraw package before 31 July and he chose not to have the "tough" conversation with me.(See attached Coyne 9 timeline )***
Instead 111th Leadership delayed until 31 July/Aug 2 during a time when my future wife was dealing with past/present trauma both personally and with her mother (details will not be stated here-will provide  wife's psychiatrist contact info for verification if requested but let me just state the undue stress of this avoidable situation is a poor reflection of AF  leadership )

Again The only conclusion, I could surmise for the arbitrary and capricious actions, is the 111th leadership has done to me what they have done to both RH former Commanders. Whether it be LOC/LOR  or premature termination of a career no Airmen, officer or enlisted should be maltreated for prior FRNO complaints or for pushing  a can-do REDHORSE culture that focus's on mission capable results and healthy mission capable  HORSEMEN. Again, if you chose not to investigate my appeal can you ensure SSgt Hobbs gets his 2020 Covid year corrected and RH members get recognized for their SAD activation. Sir thank you for your time. V/R CC

If any more emails are needed for confirmation d/t the abrupt end to my career, please reach out to RH SEL CMSgt John Hiedrick, he was CC'd  between myself and leadership during this time frame.

Sir, per our email on 10 Aug , if you take up this appeal please have section g.read return to status within the PAANG. I also believe a transparent discipline in line with their position and their unfavorable actions is warranted. However, I will leave that up to the new commander of the 111th Attack Wing Col Lee,who I CCed. In the past AF 102's I have initialed ,I have always notified my chain of command of such actions hence the CC:

**\* AFI36-3203 3.11.2.** If the commander recommends disapproval, reasons must be given to support that recommendation) This is something I never received even after requesting a meeting via text on 9 Aug

**\*\*Per [36-2909 5.1](#)**. Prohibition on retaliation. Air Force members shall not retaliate against any person, ostracize a military member, or maltreat any person. (Possible Article 93 for Title 10/32 status members )

**\*\*\*Per  AFI1-1 1.4.2. Leading People**. Fosters cohesive teams, effectively communicates, and uses emotional intelligence to take care of people and accomplish the mission. The ALQs are: Inclusion & Teamwork; Emotional Intelligence; and Communication.
1.4.2.1. **Inclusion & Teamwork. Collaborates effectively with others to achieve an inclusive climate in pursuit of a common goal or to complete a task or mission.**
1.4.2.2. Emotional Intelligence. Exercises self-awareness, manages their own emotions effectively; demonstrates an understanding of others' emotions, and appropriately manages relationships.
1.4.2.3. **Communication. Articulates information in a clear and timely manner,** both verbally and non-verbally, through active listening and messaging tailored to the appropriate audience.
1.3.6.3. **Respect**. Encompasses self-respect, mutual respect, and organizational respect.....**We must always act in the certain knowledge that all Airmen must be treated with respect and Boldy speak up, even when it is**

NGB FOIA request. It is with regret but I have to fact-check what I believe to be an invalid or procedurally incorrect handling of my complaint/memo by the IG offices and 111th leadership. V/R CC

*Using the best interest of the Air Force as a guide and my concern for not wasting taxpayer money, I believe that if the 111th Leadership had taken an honest look at 111th CE readiness and capabilities, they would not have found a more available, capable trainer/leader (with 3E and 3P AFSCs) who has a proven track record of training and leading multiple capable Airmen for 20 years, across multicultural age groups from 17 to 60. This is not a boast; it is what I believed to be true and validated throughout my 23-year/30-year career. That's why the actions of the 111th leadership were so surprising, as I believed they shared this belief as well.

Sent from my iPad

On Oct 18, 2023, at 9:07 AM, HARRON, SCOTT D Col USAF ANG PAANG HQ/PAANG/IG <scott.harron@us.af.mil> wrote:

CMSgt Coyne,

This memorandum acknowledges the JFHQ-PA Inspector general Office receipt of the request for reconsideration of case ACTS FRNO 2023-13646 you filed via email with our office on 11 October 2023. We reviewed and conducted an analysis of the issues you presented for reconsideration in accordance with (IAW) the provisions of Air Force Instruction (AFI) 90-301, Inspector General Complaints Resolution, 30 September 2020. Upon review, we found no procedural issues with the handling of your case by the  111 FW  Inspector General (IG), PA Air National Guard, and your request for reconsideration did not provide new or compelling information to warrant further investigation of these matters.

If you wish a review of our handling of your case or our determinations, you may request review by the next higher-level IG. The next higher-level IG is National Guard Bureau Inspector General (NGB-IG).  NGB-IG accepts on-line complaints via an Action Request Form (DA 1559).  If you decide to file with NGB, access their website, https://www.nationalguard.mil/Leadership/Joint-Staff/Personal-Staff/Inspector-General/Action-Request-Form/, and follow the prompts.  You must request this review within 90-days of receiving this response and provide specific reasons why you believe our handling of your case was not valid or procedurally correct. You are required to provide additional information that justifies a higher-level review of our actions. Simply disagreeing with the findings is not

**uncomfortable, to assert this truth)**



**111th IG Office Complaint Resolution Communication**
196 KB



**Coyne 9 June ARPC No Retirement Email from ARPC**
2.5 MB



**M.Kohler draft email and 2 April 23 Txt.pdf.pdf.pdf**
199 KB

From: COYNE, CHRISTOPHER J CMSgt USAF ANG 201 RHS DET 1/CCQ
christopher.coyne.1@us.af.mil
Subject: MY FSS Printout 1 Aug 2023
Date: Aug 1, 2023 at 6:03:04 PM
To: Chris Coyne chriscoyne27@gmail.com

## CASE #01966877

DETAILSCOMMUNICATIONRELATED DOCUMENTS

**Comment** (You) - 8/1/2023 5:57 pm
I apologize for my ignorance. I assumed. MYFSS worked similar to My Pers and would notify my Commanders for signatures. I was able to get RHS, MSG Commander signatures, hopefully Command Chief will get Wing Commanders by close of business. V/R

**Comment** (You) - 7/30/2023 11:04 pm
I was instructed to upload this Retirement Withdraw Memo to move my Retirement date- Thanks CC

**Email** (Service Agent) - 6/12/2023 2:10 pm
: COYNE, CHRISTOPHER J CMSgt USAF ANG 201 RHS DET 1/CCQ
<christopher.coyne.1@us.af.mil> Sent: Monday, June 12, 2023 1:09:51 PM (UTC-06:00) Central Time (US & Canada) To: myFSS@us.af.mil <MyFSS@us.af.mil> Subject: RE: Retirement Date Question
Ok, thanks for letting me know. Much appreciated.

V/R From: myFSS - Total Force Service Center <myfss@us.af.mil> Sent: Friday, June 9, 2023 9:51 AM To: COYNE, CHRISTOPHER J CMSgt USAF ANG 201 RHS DET 1/CCQ
<christopher.coyne.1@us.af.mil> Subject: Retirement Date Question CMS CHRISTOPHER COYNE, Your application status already appears to be withdrawn in vPC. V/r, HQ ARPC[Image removed by sender.]

**Email** (Service Agent) - 6/9/2023 9:49 am
CMS CHRISTOPHER COYNE, Your application status already appears to be withdrawn in

# APPENDIX F

From: HARRON, SCOTT D Col USAF ANG PAANG HQ/PAANG/IG
scott.harron@us.af.mil
Subject: FRNO 2023-13646 Appeal
Date: Oct 18, 2023 at 9:07:54 AM
To: Chris Coyne chriscoyne27@gmail.com
Cc: LEE, LYNN M Col USAF ANG 111 ATKW/CC lynn.lee@us.af.mil

---

CMSgt Coyne,

This memorandum acknowledges the JFHQ-PA Inspector general Office receipt of the request for reconsideration of case ACTS FRNO 2023-13646 you filed via email with our office on 11 October 2023. We reviewed and conducted an analysis of the issues you presented for reconsideration in accordance with (IAW) the provisions of Air Force Instruction (AFI) 90-301, Inspector General Complaints Resolution, 30 September 2020. Upon review, we found no procedural issues with the handling of your case by the  111 FW  Inspector General (IG), PA Air National Guard, and your request for reconsideration did not provide new or compelling information to warrant further investigation of these matters.

If you wish a review of our handling of your case or our determinations, you may request review by the next higher-level IG. The next higher-level IG is National Guard Bureau Inspector General (NGB-IG).  NGB-IG accepts on-line complaints via an Action Request Form (DA 1559).  If you decide to file with NGB, access their website, https://www.nationalguard.mil/Leadership/Joint-Staff/Personal-Staff/Inspector-General/Action-Request-Form/, and follow the prompts.  You must request this review within 90-days of receiving this response and provide specific reasons why you believe our handling of your case was not valid or procedurally correct. You are required to provide additional information that justifies a higher-level review of our actions. Simply disagreeing with the findings is not sufficient cause or justification for a higher-level review or additional investigation.

V/r,

Scott D. Harron, Colonel, PAANG
Command Inspector General
Joint Force Headquarters - PA
Bldg. 9-14, Fort Indiantown Gap (FTIG)
Annville, PA  17003
Office:  (717) 861-8450
Cell:  717-316-9380
NIPR: scott.harron@us.af.mil

INSPECTOR GENERAL INFORMATION: The information contained  in this email and any accompanying attachments may contain Inspector General  Information, which is protected from mandatory disclosure under 5 USC 552. Matters  within IG records are often pre-decisional in nature and do not represent final approved DA policy.  Dissemination is prohibited except as authorized under AR 20-1. Do not release outside of DA  channels without prior authorization from The Inspector General. If you are not the intended  recipient of

vPC. V/r, HQ ARPC
**Comment** (You) - 5/16/2023 4:47 pm
Afternoon, Curious if you need anything on my end for case #01966877? Thanks V/R CC

CMSgt Chris Coyne
201st RHS Det 1 Ops Superintendent
2164 McGuire St
Horsham Pa 19044
2152621945
christopher.coyne.1@us.af.mil

Sent from my

**Appendix G**

From: Chris Coyne chriscoyne27@gmail.com
Subject: Had 15 minute phone call with Colonel Harron
Date: Oct 23, 2023 at 12:42:25 PM
To: Christopher Coyne chriscoyne27@gmail.com

Had 15 minute phone call with Colonel Harron

Explained why a Colonel Thomey was not an ROM-CH stated he would email me contact info

Explain why he is just part of the process if the process was performed correctly in his preview, but I can't move forward with more information into the investigation!!

Explained with my willingness to serve he would recommend reaching out to the 111 Wing Commander


Sent from my iPhone

this information, any disclosure, copying, distribution, or the taking of any action in  reliance on this information is prohibited. If you received this email in error, please notify us  immediately by return email or by calling 717-861-8450.

WHISTLE BLOWER PROTECTION ACT:  IAW AR 600-20, Paragraph 5-12. No person will restrict a member of the Armed Services from making a protected communication with the Inspector General (IG), all  communications with an IG are protected. No person may, in reprisal: take or threaten to take adverse Action, withhold or threaten to withhold favorable action.

Appendix H

**NATIONAL GUARD BUREAU**
111 SOUTH GEORGE MASON DRIVE
ARLINGTON, VA 22204-1373

November 2, 2023

Chris Coyne
7714 New Street
Wyndmoor, PA 19038

Dear Requester:

FOIA Case Number: 2024-00364-F

This letter is to acknowledge that the National Guard Bureau received your Freedom of Information Act (FOIA) request dated October 25, 2023. You requested copies of all records and investigations pertaining to FRNO 2023-13646 and 2022-13902 regarding Col Thomey. Your request was perfected on October 27, 2023. For tracking purposes, your case number is 2024-00364-F.

Based on the information you provided you have been classified as an "other-use" requester. As such, you are responsible for some search and duplication costs incurred while processing your request. You will not be charged review costs; you are also entitled to up to 2 hours of search time and 100 pages of photocopies (or an equivalent volume) for free.

You have agreed to pay all fees for the processing of your request. If we find that this will not cover the cost of processing your request, we will let you know before we incur additional charges. At that time, you can either agree to pay the additional amount needed or narrow the scope of your request.

If you have questions regarding your FOIA request, please contact my office at email: ngb.foia@army.mil.

Sincerely,

*Angela L. Wiggins*
Angela L. Wiggins
Chief, Office of Information and Privacy
Freedom of Information Act/Privacy Officer

From: Chris Coyne chriscoyne27@gmail.com
Subject: Re: NGB-IG Review Closeout 2023-21930
Date: Feb 28, 2024 at 9:47:07 AM
To: NG NCR NGB ARNG Mailbox NGB-IG ng.ncr.ngb-arng.mbx.ngb-ig@army.mil

Sir
Thank you for your time, although I respectfully disagree, my issue was not
" Wing Commander's refusal to sign a waiver memorandum to withdraw or
change an approved retirement date. " it was the timing and the Why? Behind
the decision. As you stated :

DAFI 36-3203 Service Retirements section 3.11. governs requests to withdraw or change the
month of retirement.  Section 3.11.2 Request for Withdrawal or Change Based on Best
Interest of the Department of the Air Force (DAF) was cited as the reason for the change
request.  This section states "The same conditions found in paragraph 3.8.2.2 regarding
waivers for best interest of the DAF apply to waivers for withdrawal or change of retirement."
Section 3.8.2.2 states the waiver must clearly show the how change would serve DAF
interests.  Further, waivers submitted for common situations or based solely on manning or to
save the DAF money will not be considered.

However, as you know, it goes on to say :
T-2) If the commander recommends disapproval,reasons must be given to
support that recommendation and as I stated,I believe an Airmen/ Chief
whomever it is, whether they serve 1 or 23 years of honorable service deserves
to know the "reasons". An investigation was asked for back in August of 2023 b/c
I was unsure if  "arbitrary and capricious exercise of power" by Col Thomey was
the reason  a sit down face to face on the whys never occurred.

Again Sir, we can respectfully disagree. However can you please forward me the
appropriate link to request a review by the next higher IG.The site I found would
not let me upload all the Case Resolution files to date. Thanks again for your
time. Keep doing great things for America. V/R CC
Sent from my iPad

On Feb 27, 2024, at 3:14 PM, NG NCR NGB ARNG Mailbox NGB-IG <ng.ncr.ngb-arng.mbx.ngb-ig@army.mil> wrote:

Chief Coyne:

This email responds to your request for assistance submitted to Office of the National Guard Bureau Inspector General (NGB-IG) from December 2023. Your case number for this action is FRNO 2023-21930.

The NGB-IG conducted analysis into these matters and determined this is a request for review of the lower-level IG's resolution path.  In accordance with Department of the Air Force Instruction (DAFI) 90-301 2.4.3.4.2 the request for the review must provide additional new and compelling information to justify a higher-level review on previously considered issues.  NGB-IG reviewed the case file from the Pennsylvania National Guard State IG office (PA NG-IG), 2023-13646, to determine the information already in the file.  PA NG-IG performed a higher-level review of a case initiated at the 111th Attack Wing IG office.  NGB-IG determined the primary issue discussed at the Wing and State levels was the Wing Commander's refusal to sign a waiver memorandum to withdraw or change an approved retirement date.

DAFI 36-3203 Service Retirements section 3.11. governs requests to withdraw or change the month of retirement.  Section 3.11.2 Request for Withdrawal or Change Based on Best Interest of the Department of the Air Force (DAF) was cited as the reason for the change request.  This section states "The same conditions found in paragraph 3.8.2.2 regarding waivers for best interest of the DAF apply to waivers for withdrawal or change of retirement." Section 3.8.2.2 states the waiver must clearly show the how change would serve DAF interests.  Further, waivers submitted for common situations or based solely on manning or to save the DAF money will not be considered.

AFI 1-2, Commander's Responsibilities, addresses command authority.  Commanders are entrusted with resources to accomplish a stated mission.  Commanders must consider risk in their stewardship of scarce resources to ensure effective and efficient mission accomplishment.  Commanders must make data-driven decisions and manage risk while ensuring their unit's authorities, missions, plans, and goals stay strategically aligned.  Group and Squadron commanders advise the Wing Commander.  The Wing Commander's signature on a waiver document is a request.  The concurrence of subordinate commanders on a request does not force the Wing Commander to approval the request.

A review of the current complaint found no new or compelling information was provided to show evidence of a violation of law, instruction, regulation, or policy.  The Wing Commander was within their authority to disapprove the wavier.  The PA NG-IG had no requirement to interview or investigate Wing Commander and chose an appropriate resolution path.

Your request for higher-level review is considered closed.  The Office of the Inspector General, National Guard Bureau will take no further action regarding this request for assistance.

V/R

EDRIC A. CARTER, Maj, USAF
Assistance Branch
National Guard Bureau Inspector General (NGB-IG)
111 South George Mason Dr. Bldg 2 / Suite 3TS-400
Arlington, VA 22204-1382

Controlled by: NGB-IG
CUI Category: OPSEC, PERS, PRIIG, PRVCY, MIL, WHSTL
Distribution/Dissemination Controls: FEDCON
POC: Maj Edric A. Carter

INSPECTOR GENERAL CONTROLLED UNCLASSIFIED INFORMATION:  The information contained in this e-mail and any accompanying attachments may contain Inspector General sensitive information, which is protected from mandatory disclosure under 5 USC §552. Matters within IG records are often pre-decisional in nature and do not represent final approved DA policy. Dissemination is prohibited except as authorized under AR 20-1 and AFI 90-301.  Do not release outside of DA or SAF channels without prior authorization from The Inspector General.  If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is prohibited.  If you received this e-mail in error, please notify us immediately by return e-mail.

From: NG NCR NGB ARNG Mailbox NGB FOIA ng.ncr.ngb-arng.mbx.ngb-foia@army.mil
Subject: RE: FOIA Request #2024-00364-F_Case Status # 528
Date: Nov 10, 2024 at 10:25:48 PM
To: Chris Coyne chriscoyne27@gmail.com

Dear Requester,
Your request is still  in the complex queue and currently being processed . We are working hard to provide records responsive to your request. We make every effort to provide a final response as soon as possible while processing requests on a first-in/first-out basis to the greatest extent practicable. Processing times may change due to various extenuating factions which are beyond the control of the Office

Thank you.

Tonia Chukwura
National Guard Bureau
FOIA Analyst, Office of Information and Privacy
The National Guard Bureau
111 S. George Mason Drive, Bldg. 2
Arlington, VA 22204
Email: ngb.foia@army.mil
SIPR: tonia.chukwura.ctr@army.mil
UNCLASSIFIED
**From:** Chris Coyne <chriscoyne27@gmail.com>
**Sent:** Wednesday, November 6, 2024, 3:58 PM
**To:** NG NCR NGB ARNG Mailbox NGB FOIA <ng.ncr.ngb-arng.mbx.ngb-foia@army.mil>
**Cc:** Young, Jasmine M CTR (USA) <jasmine.young.6.ctr@us.af.mil>; Air Force FOIA Requester Service Center <DAF.FOIA@us.af.mil>
**Subject:** Re: FOIA Request #2024-00364-F_Case Status # 528

Ma'am,
I hope you're having a great fall. My hope was just to check in to see where I fall on the processing queue of cases at this time. Any information you can provide would be appreciated. If I don't hear from you. Hope you have a good holiday. V/R CC
Sent from my iPad


On Jul 17, 2024, at 11:55 AM, Chris Coyne <chriscoyne27@gmail.com> wrote:

Thank you all very much for your time in this matter, I know you all are very busy but again I appreciate you helping me find out the why -have a great Wednesday. V/R. CC

Sent from my iPhone


On Jul 17, 2024, at 11:24 AM, NG NCR NGB ARNG Mailbox NGB FOIA <ng.ncr.ngb-

arng.mbx.ngb-foia@army.mil> wrote:


Dear Requester,

Regarding the status of your FOIA request, your request is currently at position #528 in the complex queue for processing with an estimated completion date of October 31, 2024; however, many requests are completed prior to the estimated completion date. We make every effort to provide a final response as soon as possible while processing requests on a first-in/first-out basis to the greatest extent practicable. Please note that estimated dates are strictly estimates and subject to change due to various extenuating factions which are beyond the control of the Office. Pease note, there are 527 cases being processed and reviewed ahead of yours.

Thank you.

//SIGNED//

Tonia Chukwura
National Guard Bureau
FOIA Analyst, Office of Information and Privacy
The National Guard Bureau
111 S. George Mason Drive, Bldg 2
Arlington, VA 22204
Email: ngb.foia@army.mil
SIPR: tonia.chukwura.ctr@army.mil
UNCLASSIFIED

Appendix K

From: Turk, Bryce (Fetterman) Bryce_Turk@fetterman.senate.gov
Subject: Re: U.S. Senator John Fetterman's Office - Privacy Release Form
Date: May 27, 2025 at 10:50:50 AM
To: Chris Coyne chriscoyne27@gmail.com

Dear Mr. Coyne:

Thank you for the outreach. Unfortunately, I have not yet received any updates. I have followed up with them to request an update if available.

I will definitely reach out once I receive one, but please feel free to reach me with questions or additional follow up/update requests in the interim.

Best,

**Bryce Turk**
*Constituent Advocate, U.S. Senator John Fetterman*



**From:** Chris Coyne <chriscoyne27@gmail.com>
**Date:** Monday, May 19, 2025 at 10:12 AM
**To:** "Turk, Bryce (Fetterman)" <Bryce_Turk@fetterman.senate.gov>
**Subject:** Re: U.S. Senator John Fetterman's Office - Privacy Release Form

Morning Bryce
I hope you're busy days will allow you to enjoy this very nice one we seem to be having. I also hope all is well in your world. By any chance do you have a status update? I know you would've reached out if they had but I just wanted to check anyway. I had contact with my team/former team that's overseas right now and it just reminded me! Anyway, I hope you have a great day and thanks again. V/R Chris.
Sent from my iPad

On Apr 2, 2025, at 4:43 PM, Turk, Bryce (Fetterman) <Bryce_Turk@fetterman.senate.gov> wrote:

Dear Mr. Coyne:

Thank you for returning the privacy release form. I have established a congressional inquiry on your behalf. At this juncture, our office must allow the federal agency 30 business days to receive, review and respond to our inquiries and provide an update to our office.

Thirty business days does not mean that the issue will be completely resolved, it means that

the Federal agency that we contacted on your behalf will need to provide a status update. Total completion will depend on the complexity of the issue, as well as the capacity of the agency.

I will update you as soon as possible when I receive an update on your behalf.

If you have any questions or concerns in the interim, please feel free to contact me at this email address or at 717-829-2942.

Sincerely,

**Bryce Turk**
*Constituent Advocate, U.S. Senator John Fetterman*
<image001.png>

---

**From:** Chris Coyne <chriscoyne27@gmail.com>
**Date:** Friday, March 21, 2025 at 12:02 PM
**To:** "Turk, Bryce (Fetterman)" <Bryce_Turk@fetterman.senate.gov>
**Subject:** Re: U.S. Senator John Fetterman's Office - Privacy Release Form

Hi Bryce ,
Thanks for looking into this for me.
 My hope is your office can help me get my FOIA Request #2024-00364-F_Case Status#528.
It seems all PAANG/AF leadership/IG's have been unwilling to address why Colonel Thomey the G series Wing Commander at the time, was not mentioned  as a RMO(reasonable management official) in any and all of my inquiries.

As we know and understand per AF Doctrine / AFI 1-1/1-2-Chiefs advise, recommend; Commanders decide.
It is my understanding Col Thomey's actions clearly violated AFI's DAFI36-3203 Service Retirements pg. 22  "If the commander recommends disapproval,reasons must be given to support that recommendation." **I have received none to date.** In  a time,when the Pennsylvania Air National Guard is struggling to retain and get people to enlist why was  my career ended prematurely? This is where I hope your office can assist and again my hope the answers will be in my FOIA. Thanks for your time V/R CC

PS On your privacy statement ,I listed witnesses to everything mentioned in case you need to get a hold of them for verification purposes.

Sent from my iPad


On Mar 21, 2025, at 9:34 AM, Turk, Bryce (Fetterman) <Bryce_Turk@fetterman.senate.gov> wrote:

Dear Mr. Coyne:

Thank you for
Office of U.S. Senator John Fetterman.

In order for our office to assist with your case, we do require constituents to **fill out and sign a privacy release form**. This form gives us a constituent's written consent to send information over to the proper federal agency. The Privacy Act of 1974 is designed to protect you by preventing government agencies, including legislators, from sharing your information with one another without your written consent. If you are completing a hard copy of this document, please be sure to sign and return it back to this email address. While we can't force an agency to act in your favor or expedite your case and resolving a case can sometimes take longer than we would like, I am committed to getting you fair consideration and a response.

Once we receive these required documents, we can begin to work on your case.
If additional information is necessary, our office will contact you.

It is Senator Fetterman's honor to advocate for Pennsylvanians at the federal level, and we thank you again for trusting this office with your concerns.
I look forward to working with you.

Best regards,


**Bryce Turk**
*Constituent Advocate, U.S. Senator John Fetterman*
<image001.png>

<Privacy Release Form - Fetterman.pdf>

From: PA Governor's Office pagov@iq.pa.gov
Subject: Thank you for contacting the Office of Governor Josh Shapiro
Date: Jun 16, 2025 at 4:50:08 PM
To: chriscoyne27@gmail.com



## OFFICE OF THE GOVERNOR

PENNSYLVANIA.GOV

This email comes from an unmonitored account. If you would like to get in touch, please use the online form at pa.gov/governor/contact.

Dear Chris:

Thank you for contacting the Office of Governor Josh Shapiro. Governor Shapiro is committed to assisting constituents and appreciates the opportunity to hear your concerns.

Based on the details in your correspondence, it appears this issue falls outside the authority of the Governor's Office. The Governor does not have jurisdiction over federal agencies, programs, or legislation. You may wish to contact your United States Senators for assistance with this matter. Their contact information is

> Senator John Fetterman
> 142 Russell Senate Office Building
> Washington, D.C. 20510
> Phone: (202) 224-4254
>
> Senator Dave McCormick
> SH-702 Hart Senate Office Building
> Washington, D.C. 20510
> Phone: (202) 224-6324

To find the contact information for your federal representative, visit the United States House of Representatives website at: https://www.house.gov/

representatives/find-your-representative.

To learn how Governor Shapiro's administration is working for you, please visit www.governor.pa.gov. You can also receive updates by following Governor Shapiro on X and Instagram at @GovernorShapiro and on Facebook at www.facebook.com/GovernorShapiro.

Sincerely,

Governor's Correspondence Office

(717) 787-2500

pa.gov/governor

Appendix M



**DEPARTMENT OF THE AIR FORCE**
WASHINGTON DC

**OFFICE OF THE SECRETARY**

4 Aug 25

SAF/IGS
1140 Air Force Pentagon
Washington DC  20330-1140

Chief Master Sergeant Christopher J. Coyne, USAF (Ret)
Email:  chriscoyne27@gmail.com

Dear Chief Coyne

This is in response to your 11 Jul 25 complaint filed with the Department of Defense Inspector General Hotline requesting reconsideration of your allegations against the former 111 ATKW/CC.  Because your complaint involved an Air Force Senior Official, they were referred to the Senior Official Inquiries Directorate (SAF/IGS) within the Air Force Inspector General's Office.

After reviewing your complaint, we determined no new and compelling information was brought forward to justify another Inspector General review of previously considered issues. We are, therefore, taking no further action on your complaint.

However, under 10 U.S.C. 1034, you may request review of the matter by the Air Force Board for Correction of Military Records (AFBCMR).  More information on petitioning the AFBCMR is available at https://www.afpc.af.mil/Career-Management/Military-Personnel-Records/.

Should you have questions, please email our office at saf.igs.workflow@us.af.mil.

Sincerely

BLAINE L. BAKER, Colonel, USAF
Director, Senior Official Inquiries