**Pro Se Electronic Filing**

**Name:**

Christopher J Coyne

**Email Address:**

chriscoyne27@gmail.com

**Phone Number**

2152621945

**Are you filing a new case?**

Yes, I'm filing a new case.

**Case Caption**

NEW CASE

**Case Number**

NEW CASE

**Description of Document(s)**

Complaint for Injunctive and Declaratory Relief (FOIA)

**Terms of Submission**

Yes

**Do you have a mailing address?**

Yes

**Mailing Address Line 1**

7714 New Street

**City:**

wyndmoor

**State:**

PA

**Zip Code:**

19038

Show empty values