**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHRISTOPHER COYNE** | : **CIVIL ACTION** |
| | : |
| **v.** | : **NO. 25-5539** |
| | : |
| **NATIONAL GUARD BUREAU,** | : |
| **DEPARTMENT OF DEFENSE** | : |

## ORDER

**AND NOW**, this 9th day of April 2026, upon considering the parties' cross–Motions for summary judgment (ECF 23, 25) and Plaintiff's Oppositions (ECF 27, 28), and for reasons in today's accompanying Memorandum, it is **ORDERED** we:

1.       **GRANT in part** as the unpleaded Privacy Act claim but otherwise **DENY** Defendants' Motion for summary judgment (ECF 25) without prejudice;

2.       **GRANT** Defendants leave to file a fulsome supplemental Declaration **on or before May 8, 2026** addressing:

a.   The adequacy of Defendants' search including the identity of the "renewed taskings to likely record custodians" and how Defendants determined the "likely record custodian" is the Air National Guard Inspector General of all the unidentified "likely record custodians" and the specific search terms used;

b.   Whether Defendants searched the databases and files, if any, identified in response to the preceding subparagraph;

c.   Clarifying the search methodology employed;

d. Submit *Vaughn* indices consistent with the concerns raised in the accompanying memorandum opinion, including a description of each document withheld in full

or in part, the reasons for withholding documents, the exemptions invoked as to each document, and specific justification regarding segregable information;

3.    **DENY** Plaintiff's Motion for summary judgment (ECF 23) without prejudice; and

4.    **GRANT** the parties leave to, on or before **May 22, 2026**, either: file a Notice of voluntary dismissal; or, again move for summary judgment compliant with our Policies after studying the Defendants' supplemental Declaration and narrowing disputed issues.

_____
**KEARNEY, J.**

2